IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Keith M. O'Neal, Sr., | : | |
| Petitioner | : | Civil Action 2:10-cv-01113 |
| v. | : | Judge Graham |
| Warden, Ross Correctional Institution, | : | Magistrate Judge Abel |
| Respondent | : | |

## Order

    This matter is before the Magistrate Judge on petitioner Keith M. O'Neal's January 19, 2012 motion for reconsideration (doc. 18). Petitioner maintains that he never received the Magistrate Judge's December 15, 2011 Order and Report and Recommendation (doc. 15). The Clerk of Court is DIRECTED to mail a copy of my December 15, 2011 Order and Report and Recommendation to petitioner.

    If petitioner has any objections to the Report and Recommendation, he may, within fourteen (14) days of the date of this Order, file and serve on all parties a motion for reconsideration by the Court, specifically designating this Report and Recommendation, and the part thereof in question, as well as the basis for objection thereto.  28 U.S.C. §636(b)(1)(B); Rule 72(b), Fed. R. Civ. P.

                                                s/ Mark R. Abel
                                                United States Magistrate Judge